**Order entered November 15, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00878-CV

**ALISON LUNA, THE MITCHELL LAW FIRM, AND JAMIE KIRK, Appellants**
**V.**
**J. ELLEN BENNETT, TEMPORARY ADMINISTRATOR OF THE ESTATE OF GARY**
**WAYNE LUNA, DECEASED, Appellee**

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-15-04253-1**

## ORDER
Before Justices Bridges, Francis, and Lang-Miers

Appellee's motion for damages is **DENIED**.


/s/      DAVID L. BRIDGES
         JUSTICE